UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re Classico Marble Granite, Inc | ) | Chapter 11 |
| | ) | Case No: 10-12848 |
| | ) | |
| | ) | Honorable Bruce W. Black |
| Debtor, | ) | |
| | ) | |

**Findings of Fact and Conclusions of Law in Support of Order Awarding to Steven S. Potts, Attorney for Classico Marble Granite, Inc., for Allowance and Payment of Interim Compensation and Reimbursement of Expenses.**

Total Fees Requested: $12,675.00          Total Costs Requested: $323.71
Fees Disallowed:     $0.00                Costs Disallowed:      $23.10
Total Fees Allowed:  $12,675.00           Total Costs Allowed:   $300.61

Total Fees and Costs Allowed: $12,975.61

THE COURT HAS IDENTIFIED THE ATTACHED NOTED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART

**(1)   Overhead Costs are Non-Compensable**
The Court denies reimbursement for fees or expenses that are overhead costs. Expenses that are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)). Absent extraordinary circumstances, the court will not reimburse an applicant for local parking and transportation at the estate's expense. *See In re Convent Guardian Corp.*, 103 B.R. 937, 940-944 (Bankr. N.D. Ill. 1989).

- 8/13/2010 - mileage (to/from meeting w/ client in Itasca, IL) 42 miles @ $.55/mile          $23.10

$12,975.61 is hereby awarded an allowance of interim compensation and expenses as set forth above.

Dated: 11/17/10                Entered: *[signature]*
                               _____
                               Bruce W. Black
                               United States Bankruptcy Court